CENTRAL HANOVER BANK AND TRUST COMPANY, as Substituted Trustee under Trust Agreement Dated January 3, 1928, Made by ELIZABETH C. G. RUSSELL, Respondent, v. SARAH B. RUSSELL and Others, Defendants, and DAVID F. COHEN, as Guardian ad Litem for ADELE CAREW and Others, Infants, etc., Appellants.— In an action brought by plaintiff, substituted trustee, to obtain the judicial settle- ment of its intermediate account as such substituted trustee of an *inter vivos* trust created by Elizabeth C. G. Russell, final judgment, in so far as appealed from,

unanimously affirmed, with costs to the respondent, payable out of the trust estate. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.